# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-2339

_____

Dave Garey, also known as Freddy    *
Mertz,    *
   *
        Appellant,    *    Appeal from the United States
   *    District Court for the
     v.    *    Western District of Missouri.
   *
Bonneville International    *
Corporation, a Utah Corporation;    *    [UNPUBLISHED]
Ron Carter; Deseret Mutual Benefit    *
Administrators, a Utah    *
Corporation,    *
   *
        Appellees.    *

_____

Submitted: March 18, 1999
Filed: March 24, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Dave Garey appeals from the district court's[1] dismissal of his action with prejudice, and the assessment of costs, after Garey failed to appear at his court-

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

ordered deposition. After careful review of the record and the parties' briefs, we conclude that the district court did not abuse its discretion. We have considered and now deny Garey's motions for sanctions, to present oral argument, and for permission to present "evidentiary testimony" by telephone.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT